# Exhibit 2

- PAKISTAN PASSPORT
- NO. OF PASSPORT: KD2155551
- NAME OF BEARER: RANA MOHAMMAD AZAM
- NAME OF FATHER/HUSBAND: RANA ABDUL WAHID
- PLACE AND DATE OF BIRTH: KARACHI, 06 Dec 1965
- RELIGION: ISLAM
- CITIZEN OF PAKISTAN

Consular stamp: CONSULAR ATTACHE, CONSULATE GENERAL OF PAKISTAN, LOS ANGELES — MUHAMMAD WASHI

**HARRIS COUNTY**
HOUSTON, TEXAS

CERTIFICATION OF VITAL RECORD

FILE NO.: 274843-2006

NAME: ZAHIDA AZAM

DATE OF BIRTH: 11-19-2006                SEX: FEMALE

PLACE OF BIRTH: HARRIS COUNTY, TEXAS

FATHER: RANA MOHAMMAD AZAM    MOTHER: ANGELICA FRIAS MENA

DATE FILED: 12-11-2006 I

STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this abstract of birth facts has been provided to this office by the Texas Department of Health Bureau of Vital Statistics, from a document officially in its custody.

DATE ISSUED 05-09-2007

BEVERLY B. KAUFMAN,
COUNTY CLERK/REGISTRAR

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# HARRIS COUNTY
## HOUSTON, TEXAS

**CERTIFICATION OF VITAL RECORD**

FILE NO.: 187769-2004

NAME: ANEEK AZAM

DATE OF BIRTH: 06-10-2004

SEX: MALE

PLACE OF BIRTH: HARRIS COUNTY, TEXAS

FATHER: RANA MOHAMMAD AZAM

MOTHER: ANGELICA MENA FRIAS

DATE FILED: 08-04-2004 I

STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this abstract of birth facts has been provided to this office by the Texas Department of Health, Bureau of Vital Statistics, from a document officially in its custody.

BEVERLY B. KAUFMAN,
COUNTY CLERK/REGISTRAR

DATE ISSUED 12-15-2004

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CERTIFICATION OF VITAL RECORD

CITY OF HOUSTON, TEXAS, USA

0316A051011

STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NUMBER

| | | | |
|---|---|---|---|
| 1. Name First: MALAIKA Middle: Last: AZAM | | 2. Date of Birth: 02/18/2003 | 3. Sex: Female |
| 4a. Place of Birth County: Harris | 4b. City or Town: Houston | 5. Time of Birth: 10:07 p.m. | 6a. Plurality: Single |
| 7a. Place of Birth: ☒ Hospital | 7b. Name of Hospital or Birthing Center: Bayou City Medical Center | | |
| 8a. Attendant's Name and Mailing Address: KATHERINE DIASE, M.D. 7737 S.W. FRWY #580 HOUSTON, TEXAS 77074 | 9a. Certifier: I certify that this child was born alive at the place and time and on the date as stated. Linda B. Johnson RHIA Director, HIM (Signature and Title) | Date Signed: 2-25-03 | |
| 8b. ☒ MD ☐ DO ☐ CNM ☐ Midwife ☐ Other (Specify) | 9b. ☐ Attendant ☒ Facility Administrator / Designee ☐ Other (Specify) | | |
| 10. Mother Name First: ANGELICA Maiden Surname: MENA | | 11. Date of Birth: 04/11/1976 | 12. Birthplace: Mexico |
| 13a. Residence State: Texas | 13b. County: Harris | 13c. City or Town: Houston | 13d. Street Address: 11231 HERALD SQUARE |
| 13e. Inside City Limits: ☒ Yes ☐ No | 14. Mother's Mailing Address: 77099 | | |
| 15. Father Name First: RANA Middle: MOHAMMAD Last: AZAM | | 16. Date of Birth: 12/06/1968 | 17. Birthplace: Pakistan |
| 18a. Registrar's File Number: 08214 | 18b. Date Received by Local Registrar: MAR. 03, 2003 | 18c. Signature of Local Registrar: Gregg M. Hinson | |

JUL 17 2003

DATE ISSUED

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code of Texas. This copy not valid without engraved border displaying seal and signature of the Registrar.

Gregg M. Hinson

LOCAL REGISTRAR, BUREAU OF VITAL STATISTICS

1 0 0 2 3 2 5 1 6

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE